# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00760-CV

**Huong Le Nguyen; 1960 Family Practice, P.A.; Cypress Creek ER, PLLC; Cypress Creek ER of Harmony PLLC; Providence Hospital of North Houston LLC; Vein Away, LLC; and TMMS Holdings LLC, Appellants**

**v.**

**0800989127 WB, LLC, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-000347, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a "Joint Motion to Reverse and Remand and to Expedite Mandate." In that motion, they inform the Court that they have reached a settlement agreement. To effectuate that agreement, they request that we reverse the trial court's final judgment and remand the case to the Travis County District Court for entry of an agreed, take-nothing judgment. They also request that we expedite the issuance of the mandate. We grant the joint motion. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Reversed and Remanded

Filed: July 3, 2019